UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: Daily Harvest, Inc.<br>Products Liability Litigation | 22-cv-5987(DLC); 23-cv-1607(DLC);<br>23-cv-1617(DLC); 23-cv-1620(DLC);<br>23-cv-1627(DLC); 23-cv-1633(DLC);<br>23-cv-1640(DLC); 23-cv-1643(DLC);<br>23-cv-1648(DLC); 23-cv-1649(DLC);<br>23-cv-1651(DLC); 23-cv-1653(DLC);<br>23-cv-1658(DLC); 23-cv-1659(DLC);<br>23-cv-1660(DLC); 23-cv-1662(DLC);<br>23-cv-1663(DLC); 23-cv-1664(DLC);<br>23-cv-1666(DLC); 23-cv-1668(DLC);<br>23-cv-1672(DLC); 23-cv-1673(DLC);<br>23-cv-1681(DLC); 23-cv-1683(DLC);<br>23-cv-1686(DLC); 23-cv-1688(DLC);<br>23-cv-1692(DLC); 23-cv-1694(DLC);<br>23-cv-1703(DLC); 23-cv-1705(DLC);<br>23-cv-1709(DLC); 23-cv-1712(DLC);<br>23-cv-1713(DLC); 23-cv-1718(DLC);<br>23-cv-1721(DLC); 23-cv-1725(DLC);<br>23-cv-1727(DLC); 23-cv-1732(DLC);<br>23-cv-1734(DLC); 23-cv-1736(DLC);<br>23-cv-1737(DLC); 23-cv-1740(DLC);<br>23-cv-1741(DLC); 23-cv-1742(DLC);<br>23-cv-1743(DLC); 23-cv-1744(DLC);<br>23-cv-1745(DLC); 23-cv-1748(DLC);<br>23-cv-1750(DLC); 23-cv-2038(DLC) |

**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS**

**IT IS HEREBY STIPULATED AND AGREED**, by and between Defendants Daily Harvest, Inc., Second Bite Foods, Inc., d/b/a Stone Gate Foods, Smirk's Ltd. and Molinos Asociados SAC, and by and through their undersigned counsel, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, any and all claims, crossclaims, counterclaims and third-party claims by and between them are dismissed with prejudice.

**IT IS FURTHER STIPULATED AND AGREED** that each party shall bear its own costs, expenses and attorneys' fees.

| | |
|---|---|
| FAEGRE DRINKER BIDDLE & REATH LLP<br>90 S. Seventh Street, Suite 2200<br>Minneapolis, Minnesota 55402<br>Telephone: (612) 766-7000<br>Attorneys for Defendant<br>DAILY HARVEST, INC. | HAWORTH BARBER & GERSTMAN, LLC<br>505 Main Street, Suite 212<br>Hackensack, New Jersey 07601<br>Telephone: (201) 831-1400<br>Facsimile:  (201) 831-1401<br>Attorneys for Defendant<br>SMIRK'S LTD. |
| By: /s/ *Alyssa L. Rebensdorf*<br>    Alyssa L. Rebensdorf<br><br>Dated: February 13, 2026 | By: /s/ *Jennifer Bruder*<br>    Jennifer Bruder<br><br>Dated: February 13, 2026 |
| WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP<br>1010 Washington Blvd<br>Stamford, CT 06901<br>Telephone: (203) 338-2381<br>Attorneys for Defendant<br>SECOND BITE FOODS d/b/a STONE GATE FOODS | BOND SCHOENECK & KING, PLLC<br>600 Third Avenue, 22nd Fl<br>New York, NY 10016-1915<br>Telephone: (914) 306-7870<br>Attorneys for Defendant<br>MOLINOS ASOCIADOS SAC |
| By: /s/ *Bryan Vannini*<br>    Bryan Vannini<br><br>Dated: February 13, 2026 | By: /s/ *Michael P. Collins*<br>    Michael P. Collins<br><br>Dated: February 13, 2026 |

So ordered.

[signature]
2/13/26